UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NADESHA MORRIS | : | CIVIL ACTION NO. |
| | : | |
| V. | : | 3:21-cv-01021-MPS |
| | : | |
| iCARE HEALTH MANAGEMENT, LLC | : | AUGUST 23, 2021 |

**ANSWER**

The defendant, iCare Health Management, LLC, hereby responds to the plaintiff's Complaint dated July 26, 2021 as follows:

1. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

2. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

3. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

4. The defendant admits that iCare Health Management, LLC is a Connecticut company with a business address of 341 Bidwell Street, Manchester, CT 06040. The defendant denies that it does business as 60 West.

5. The defendant denies that it was subject to the FFCRA.

6. The defendant admits that it provides services to healthcare providers. The defendant denies that it provides services to the 60 West nursing home. The remainder of the paragraph is denied.

7. It is denied that the plaintiff was employed by the defendant.

8. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

9. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

10. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

11. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

12. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

13. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

14. Admitted.

15. The defendant admits to Executive Order No. 7C. The Order speaks for itself.

16. The defendant admits to Executive Order No. 7C. The Order speaks for itself.

17. The defendant admits to the FFCRA. The FFCRA speaks for itself.

18. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

19. Denied.

20. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

21. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

22. The defendant has insufficient knowledge of the facts contained in this paragraph and therefore leaves the plaintiff to her proof.

23. Denied.

**COUNT ONE**

24. The defendant's responses to paragraphs 1-23 are hereby incorporated by reference.

25. The defendant denies that it was subject to the FFCRA.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

**COUNT TWO**

31. The defendant's responses to paragraphs 1-23 are hereby incorporated by reference.

32. The defendant denies that it was subject to the FFCRA.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

**COUNT THREE**

1-23. [sic] The defendant's responses to paragraphs 1-23 are hereby incorporated by reference.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

DEFENDANT,

ICARE HEALTH MANAGEMENT, LLC

/s/ Jonathan M. Starble
Jonathan M. Starble [ct15825]
iCARE LEGAL DEPARTMENT
341 Bidwell Street
Manchester, CT 06040
Telephone: (860) 570-2140
Facsimile: (860) 570-2145
Email: jstarble@icarehn.com

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed electronically on August 23, 2021. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Jonathan M. Starble