UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NADESHA MORRIS<br>Plaintiff, | : | CIVIL ACTION NO. |
| v. | : | 3:21-cv-01021-MPS |
| ICARE HEALTH MANAGEMENT, LLC<br>Defendant. | : | DECEMBER 22, 2021 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, through their undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs and/or disbursements to either party.

THE PLAINTIFF,
NADESHA MORRIS

By:_//s// Megan L. Michaud___
Megan L. Michaud, Esq.(ct28813)
Cicchiello & Cicchiello, LLP
364 Franklin Avenue
Hartford, Connecticut 06114
Phone: 860-296-3457
Email: mmichaud@cicchielloesq.com

DEFENDANT
ICARE HEALTH MANAGEMENT, LLC

By: _/s/ Jonathan M. Starble
Jonathan M. Starble
ICARE
341 Bidwell Street
Manchester, CT 06040
860-570-2140
jstarble@icarenhn.com

**ELECTRONIC CERTIFICATION OF SERVICE**

I hereby certify that on December 22, 2021, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By:_/s/ *Megan L Michaud, Esq*____
Megan L Michaud (ct28813)